1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GRACE ALLEN, on behalf of
     LANISHA LEE ANNA ALLEN,
11   a minor,

12                  Plaintiff,              No. CIV S-09-1642 DAD

13          v.

14   MICHAEL J. ASTRUE,                     ORDER
     Commissioner of Social Security,
15
                    Defendant.
16   _____/

17          Plaintiff's counsel has attempted to set plaintiff's motion for summary judgment

18   for hearing before the court merely by way of docket entry.  He is not permitted to do so.  A party

19   desiring oral argument in this social security case must file a request for argument.  The request

20   must be filed at the time specified in the court's June 16, 2009 scheduling order, must identify

21   the issues on which oral argument is desired, and must explain why oral argument would be

22   helpful.  If the request is granted, the party's motion will be set for hearing on a regularly

23   /////

24   /////

25   /////

26   /////

1   scheduled law and motion calendar.  Thus, plaintiff's summary judgment motion (Doc. No. 18)

2   will not be placed on the June 16, 2010 calendar for hearing.

3                   IT IS SO ORDERED.

4   DATED: February 2, 2010.

5

6                                                   _Dale A. Drozd_____

7                                                   DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

8   DAD:kw
    Ddad1/orders.socsec/allen1642.ord.oralarg

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26