IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRACE ALLEN, on behalf of
LANISHA LEE ANNA ALLEN,
a minor,

      Plaintiff,                    No. CIV S-09-1642 DAD

    v.

MICHAEL J. ASTRUE,           ORDER
Commissioner of Social Security,

      Defendant.
_____/

      Plaintiff's counsel has attempted to set plaintiff's motion for summary judgment for hearing before the court merely by way of docket entry. He is not permitted to do so. A party desiring oral argument in this social security case must file a request for argument. The request must be filed at the time specified in the court's June 16, 2009 scheduling order, must identify the issues on which oral argument is desired, and must explain why oral argument would be helpful. If the request is granted, the party's motion will be set for hearing on a regularly

/////
/////
/////
/////

scheduled law and motion calendar.  Thus, plaintiff's summary judgment motion (Doc. No. 18) will not be placed on the June 16, 2010 calendar for hearing.

        IT IS SO ORDERED.

DATED: February 2, 2010.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/allen1642.ord.oralarg